# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PAUL PAYEN,

                Plaintiff,

Civil No. 15-122 (JRT/HB)

v.

HON. WARDEN B.R. JETT, et al,

**ORDER ON REPORT AND RECOMMENDATION**

                Defendants.

---

Paul Payen, 04997-052, Rochester Federal Medical Center, P.O. Box 4000, Rochester, MN 55903, *pro se* plaintiff,

Ana Voss, D. Geral Wilhelm, David Fuller, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendants.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner Paul Payen's petition for a writ of habeas corpus [Doc. No. 1] is **DENIED**.

3. Payen's application to proceed *in forma pauperis* [Doc. No. 2] is **DENIED**.

4. This action is **DISMISSED**.

2

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: February 27, 2015            s/John R. Tunheim
at Minneapolis, Minnesota           JOHN R. TUNHEIM
                                    United States District Judge