# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

---

Paul Payen,

               Petitioner,

v.

Hon. Warden Mr. B.R. Jett; Hon. Loretta E. Lynch (U.S. Attorneys and Assistant U.S. Attorneys–A.U.S.A.'s–Hon. Charles Samuels Over the Entire FBOP); United States of America; Aliens (Demons and Devils and U.F.O.'s) (Some Good and Some Evil); Area #51; Prophet Ezekiel's Wheel-Wheel with Rotating Lights Around it in Holy Bible-etc.; Reptoids and Reptillians of the Lower Fourth Dimension; New World Order of Satan–# 666; Trilateral Commission & Council on Foreign Relations; and Fall of Satanic–Same Sex MarriagesN,

               Respondents.

Civil No. 15-122 (JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

---

Paul Payen, 04997-052, Bldg 1-1, Rm 120, Rochester Federal Medical Center, P.O. Box 4000, Rochester, MN 55903, *pro se* petitioner.

Ana Voss, D. Gerald Wilhelm, David Fuller, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 S. Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

The above-entitled matter came before the Court upon the Report and

Recommendation of the United States Magistrate Judge.  No objections have been filed to

the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1.      The Report and Recommendation is **ADOPTED**;

2.      Paul Payen's petition for a writ of habeas corpus [Doc. No. 1] is **DENIED** and the case is **DISMISSED**;

3.      All Respondents other than B.R. Jett is **DISMISSED**; and

4.      FMC-Rochester Warden Leann LaRiva is substituted for B.R. Jett as the sole remaining Respondent.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  June 3, 2016
at Minneapolis, Minnesota                   s/John R. Tunheim
                                                            JOHN R. TUNHEIM
                                                            Chief Judge
                                                            United States District Court